United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEMETRIA BROOKS and SANDRA BROOKS, Plaintiffs, | § § § § § | CIVIL ACTION NO 4:22-cv-03322 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY SHERIFFS OFFICE, *et al*, Defendants. | § § § § | |

ORDER

The parties were ordered to file a joint report regarding the known status of any pending criminal investigation or indictment. Dkt 35.

The parties report their understanding that the matter is still under investigation by the Harris County District Attorney's Office and is awaiting presentation to the grand jury. Dkt 41.

The parties are ORDERED to file a further status report in this regard by November 10, 2023.

SO ORDERED.

Signed on August 7, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge