UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEMETRIA BROOKS**, *et. al*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.: 4:22-cv-3322 |
| | § | |
| **HARRIS COUNTY SHERIFF'S OFFICE**, *et. al*, | § | |
| Defendants. | § | |

**DEFENDANTS HARRIS COUNTY, HARRIS COUNTY SHERIFF'S OFFICE, HARRIS COUNTY COMMISSIONERS COURT, AND JUDGE LINA HIDALGO'S NOTICE OF APPEARANCE OF ATTORNEY**

TO THE HONORABLE JUDGE OF SAID COURT:

1. Gregory Burnett, Assistant County Attorney, hereby makes an appearance as additional counsel of record for Defendants HARRIS COUNTY, HARRIS COUNTY SHERIFF'S OFFICE, HARRIS COUNTY COMMISSIONERS COURT, and JUDGE LINA HIDALGO (collectively "County Defendants"). As additional counsel, Mr. Burnett is authorized to receive service of all pleadings, notices, orders, and other papers in the above captioned matter. Mr. Burnett respectfully requests that notification of all filings in this case be sent to him electronically or via mail at:

   GREGORY BURNETT
   Assistant County Attorney
   1019 Congress
   Houston, Texas 77002
   Phone: (713) 274-5224 (direct)
   gregory.burnett@harriscountytx.gov

2. Jim Butt will remain as Attorney-In-Charge for County Defendants.

3. No prejudice will occur to any of the parties with this filing.

Date: October 30, 2023.

           Respectfully submitted,

OF COUNSEL:

CHRISTIAN MENEFEE
HARRIS COUNTY ATTORNEY

           JAMES C. BUTT
           Assistant County Attorney
           ATTORNEY-IN-CHARGE
           State Bar No. 24040354
           Fed. Bar No. 725423
           Tel.: (713) 274 5133 (direct)
           james.butt@harriscountytx.gov

        By: */s/ Gregory Burnett*
           GREGORY BURNETT
           Assistant County Attorney
           ATTORNEY TO BE NOTICED
           State Bar No. 24057785
           Fed. Bar No. 3785139
           Tel: (713) 274-5224 (direct)
           gregory.burnett@harriscountytx.gov

           Harris County Attorney's Office
           1019 Congress
           Houston, Texas 77002
           **Attorneys for Defendants Harris County, Harris County Sheriff's Office, Harris County Commissioners Court, and Judge Lina Hidalgo**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

*/s/ Gregory Burnett*
Gregory Burnett