IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEMETRIA BROOKS, *et al*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-3322 |
| | § | JURY TRIAL DEMANDED |
| HARRIS COUNTY SHERIFF'S | § | |
| OFFICE, *et al*, | § | |
| *Defendants*. | § | |

## JOINT STATUS REPORT TO COURT

The Parties appear to report on the status of the criminal investigation concerning the use of force occurrence at issue in the case. Based on information provided by criminal defense counsel for Defendant, Sgt. Hardin, the Parties understand that a Harris County Grand Jury has indicted Defendant Hardin for murder and the criminal murder trial is scheduled to begin on November 27, 2023. The State has filed a motion for continuance of that trial date, and November 14, 2023, the criminal court will hold a status conference.

Respectfully submitted,

VIADA & STRAYER

By:   /s/ *Ramón G. Viada III*
     **Ramón G. Viada III**
     State Bar No. 20559350
     17 Swallow Tail Court
     The Woodlands, Texas 77381
     (281) 419-6338
     rayviada@viadastrayer.com

*Attorney for Defendant*
*Garrett W. Hardin, in His Individual Capacity*

STAFFORD MOORE, PLLC

By: /s/ *Justin A. Moore*
    **Justin A. Moore**   *Signed with permission.*
    ATTORNEY-IN-CHARGE
    State Bar No. 24088906
    justin@staffordmoore.law
    www.staffordmoore.law
    **Paul K. Stafford**
    State Bar No. 00791716
    paul@staffordmoore.law
    325 N. St. Paul Street, Suite 2210
    Dallas, Texas 75201
    Telephone (Main): (214) 764-1529
    Telephone (Direct): (214) 764-1531
    Facsimile: (214) 580-8104

*Attorneys for Plaintiffs Demetria Brooks-Glaze and Sandra Brooks*

CHRISTIAN D. MENEFEE,
HARRIS COUNTY ATTORNEY

By: /s/ *Jim Butt*
    **Jim Butt**   *Signed with permission.*
    Assistant County Attorney
    State Bar No. 24040354
    1019 Congress, 15th Floor
    Houston, Texas 77002
    Telephone: (713) 274-5133
    James.butt@harriscountytx.gov

*Attorney for Defendants Harris County, Harris County Commissioners' Court, Harris County Sheriff's Office and Judge Lina Hidalgo*

3

## **CERTIFICATE OF SERVICE**

  I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas on November 10, 2023.

          /s/ *Ramón G. Viada III*
          Ramón G. Viada III