IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEMETRIA BROOKS, *et al*, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> HARRIS COUNTY SHERIFF'S § <br> OFFICE, *et al*, § <br> *Defendants*. § | Civil Action No. 4:22-cv-3322 <br> JURY TRIAL DEMANDED |

## JOINT STATUS REPORT TO COURT

The Parties appear to report on the status of the criminal investigation concerning the use of force occurrence at issue in the case. On April 19, 2023, the Court granted the motion to stay filed by Defendant Garrett Hardin pending resolution of the investigation of the underling incident, which resulted in a criminal indictment. *See* Dkt. 25 (Motion to Stay); Dkt. 35 (Minute Entry and Order). On November 4, 2024, a Judgment of Acquittal by Jury was signed in *State of Texas v. Garrett Harden*, Case No. 184158401010, in the 262nd District Court of Harris County, Texas. Accordingly, the Fifth Amendment privilege justifying the stay of the proceedings as to Defendant Hardin has been lifted.

Respectfully submitted,

VIADA & STRAYER

By: /s/ *Ramón G. Viada III*
    **Ramón G. Viada III**
    State Bar No. 20559350
    17 Swallow Tail Court
    The Woodlands, Texas 77381
    (281) 419-6338
    rayviada@viadastrayer.com

ATTORNEY FOR DEFENDANT
GARRETT W. HARDIN, IN HIS
INDIVIDUAL CAPACITY


STAFFORD MOORE, PLLC

By: /s/ *Justin A. Moore* *
    **Justin A. Moore**
    ATTORNEY-IN-CHARGE
    State Bar No. 24088906
    justin@staffordmoore.law
    www.staffordmoore.law
    **Paul K. Stafford**
    State Bar No. 00791716
    paul@staffordmoore.law
    325 N. St. Paul Street, Suite 2210
    Dallas, Texas 75201
    Telephone (Main): (214) 764-1529
    Telephone (Direct): (214) 764-1531
    Facsimile: (214) 580-8104

ATTORNEYS FOR PLAINTIFFS
DEMETRIA BROOKS-GLAZE AND
SANDRA BROOKS

\* *Signed with permission.*

CHRISTIAN D. MENEFEE,
HARRIS COUNTY ATTORNEY

By: /s/ *Jim Butt* *
    **Jim Butt**
    Assistant County Attorney
    State Bar No. 24040354
    1019 Congress, 15th Floor
    Houston, Texas 77002
    Telephone: (713) 274-5133
    James.butt@harriscountytx.gov

ATTORNEY FOR DEFENDANT
HARRIS COUNTY

*\*Signed with permission.*

## CERTIFICATE OF SERVICE

    I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas on November 25, 2024.

    /s/ ***Ramón G. Viada III***
    Ramón G. Viada III