# STAFFORD MOORE, PLLC
## ATTORNEYS & COUNSELORS

325 N. ST. PAUL STREET, SUITE 2210  
DALLAS, TEXAS 75201  
STAFFORDMOORE.LAW

JUSTIN A. MOORE  
PHONE 214.802.4512  
FAX 214.580.8104  
JUSTIN@STAFFORDMOORE.LAW

AUSTIN  
DALLAS  
HOUSTON

October 26, 2025

<u>*VIA:*</u>   *E-Filing*

**Re:**   Brooks-Glaze v. Garrett Hardin, et al., Case No. 4:22-cv-03322  
**Notice of Expert Designation of Nicholas Bloomfield**

TO:   The Honorable Judge  
United States District Court  
Southern District of Texas – Houston Division  
515 Rusk Street  
Houston, Texas 77002

    Plaintiff respectfully submits this notice to inform the Court that on June 23, 2025, she served the designation of Nicholas Bloomfield as an expert witness in this matter, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C). The designation was timely served on counsel for both Defendants via email, as permitted under the Federal Rules.

    Although Rule 26 does not require the expert designation to be filed on the Court's docket, Plaintiff makes this submission solely as a courtesy to ensure the record is complete and to preclude any misunderstanding about the timeliness of disclosure. A copy of the designation and the designation email served on Defendants are attached.

Sincerely,

*/s/ Justin A. Moore*  
Justin A. Moore

cc:   ***Counsel for Garrett Hardin:***  
Ray Viada    rayviada@viadastrayer.com

***Counsel for Harris County***  
James Butt    james.butt@harriscountytx.gov

