# STAFFORD MOORE, PLLC
## ATTORNEYS & COUNSELORS

325 N. ST. PAUL STREET, SUITE 2210　　JUSTIN A. MOORE　　　　　　　　　AUSTIN
DALLAS, TEXAS 75201　　　　　　　　　PHONE 214.802.4512　　　　　　　　DALLAS
STAFFORDMOORE.LAW　　　　　　　　　FAX 214.580.8104　　　　　　　　　　HOUSTON
　　　　　　　　　　　　　　　　　　JUSTIN@STAFFORDMOORE.LAW

October 26, 2025

<u>*VIA:*</u>　　　E-Filing
Re:　　Brooks-Glaze v. Garrett Hardin, et al., Case No. 4:22-cv-03322
　　　　Notice of Supplemental Communications

TO:　　The Honorable Judge Eskridge
　　　　United States District Court
　　　　Southern District of Texas – Houston Division
　　　　515 Rusk Street
　　　　Houston, Texas 77002

Plaintiff respectfully submits this letter to notify the Court of additional email correspondence relevant to the fully briefed Motion for Extension of Time for Phase 1 Discovery [Dkt. 66].

While Defendants attached selective portions of the parties' communications in their opposition, they omitted key emails that provide necessary context:

- August 2, 2025 Email (Exhibit A) – In this email, Plaintiff expressly agreed to Defendants' request for an extension of the original September 30 discovery deadline, demonstrating mutual accommodation on scheduling.
- September 16, 2025 Email (Exhibit B) – This email confirms Defendant Viada's agreement to "work with" Plaintiff on scheduling issues following the trial setting notice, reflecting the parties' ongoing cooperative efforts.
- Subsequent Correspondence (Exhibit C) – These emails document Plaintiff's diligent requests for deposition dates from both Defendants, consistent with Plaintiff's good-faith pursuit of discovery.

These communications further support Plaintiff's position that good cause exists for the modest extension sought in Dkt. 66 and provide important clarification regarding the parties' scheduling history.

Copies of Exhibits A, B, and C are attached for the Court's reference.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　*/s/ Justin A. Moore*
　　　　　　　　　　　　　　　　　　　　Justin A. Moore



cc: ***Counsel for Garrett Hardin:***
Ray Viada  rayviada@viadastrayer.com

***Counsel for Harris County***
James Butt  james.butt@harriscountytx.gov