Brooks vs. Harris County, et al
Case No.: 4:22-cv-03322

## AFFIDAVIT OF BRYAN CHILES

I, Bryan Chiles, as Senior Manager of Axon Forensics for Axon Enterprise, Inc., do hereby swear, affirm and/or depose the following:

1. I am the Senior Manager of Axon Forensics for Axon Enterprise, Inc. (Axon) (formerly TASER International, Inc. (TASER)), located at 17800 N 85th Street, Scottsdale, Arizona, 85255, USA, and, as such, have personal knowledge of the matters contained in this affidavit.

2. I am a test engineering professional with an Associates of Science (AS) degree in Electronics Technology. I have invested over 25 years of my career in the testing and troubleshooting of electronic devices in a variety of industries, including test equipment calibration and repair, industrial power electronics, high power electrical distribution, power conditioning, energy weapons, cameras, sensors, radio frequency (RF) devices, and network information technology equipment (ITE).

3. I have been employed by Axon Enterprise, Inc. since August 2005 and currently hold the position of Sr. Manager of Axon Forensics and continue to conduct forensic analysis, expert services and testimony, as well as Axon product research and testing.

4. I have testified as an expert on the technical, operational, and forensic aspects of TASER energy weapons and/or Axon's cameras, sensors, and Axon Evidence services; in US

Hardin MSJ EXHIBIT 4
C.A. No. 4:22-cv-3322

federal, US state, and foreign courts including the United Kingdom and Canada.

5. My expert testimony has never been excluded from any court.

6. Using Axon Investigate version 4.1.2, I loaded the original recording from Sgt. Hardin's BWC; *07_08_2022_18_19_00_GARRETT_HARDIN.mp4*. I then created a clip of the recording named *Brooks-Hardin_Incident_Timestamped.mp4* that begins 10 seconds prior to the initial deployment of the X26P energy weapon and ends 32 seconds after the discharge of Sgt. Hardin's firearm. The video clip is 1 minute and 11 seconds in duration. I added a timestamp overlay to the clip in the lower-right corner of the screen by selecting an anchor point and applying the date and time to that point. Axon Investigate then applied the running timestamp in the format of 'Mmm dd, yyyy hh:mm:ss.xxx' to all frames prior to and after the anchor point.

7. I used the first point in the original video in which the exact time of the event is known; the first trigger activation of the X26P energy weapon, as the anchor point for the clip. This point of the original video file is located at Frame 2744 and is the first frame after the deployment of the X26P energy weapon, evident by the sound of the cartridge deployment and the appearance of the top probe on Mr. Brooks' clothing. Subsequent frames reinforce this, as the wires appear on the front of the cartridge and the probe becomes more visible on Mr. Brooks' clothing. I then applied the date and time of the trigger activation (Sequence 638), compensated for clock drift as described in my Expert Report on Page 16, to the anchor point as "Jul 8, 2022 18:20:39.000". The Axon Investigate software then uses the known

frame rate of the MP4 video file and applies the timestamp backward from the anchor point to the beginning of the video and forward from the anchor point to the end of the video file.

8.  The facts and findings in this affidavit are expressed to a reasonable, or higher, degree of professional and scientific certainty and/or probability.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 06 day of October, *2025*, at Scottsdale, AZ.

_____
Bryan Chiles

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHER DISTRICT OF TEXAS

| | |
|---|---|
| Demetria Brooks, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 4:22-cv-03322 |
| HARRIS COUNTY, et al, ) | |
| Defendants. ) | |

## ADDENDUM TO THE EXPERT REPORT OF BRYAN CHILES

I, Bryan Chiles, being of legal age and under the penalties of perjury, state as follows:

1. I am a competent adult and have personal knowledge of the following facts or believe them to be true based on information and belief. Facts about which I do not have personal knowledge are of the type reasonably relied upon by experts in this field and have probative value to me in rendering my opinions.

2. Attached is a true and accurate copy of my supplemental report in the above captioned litigation. The purpose of this report is to address claims that the plaintiff felt the effects of the TASER energy weapon during the incident.

3. This addendum to my expert report explains my methodology in creating a timestamped clip of the original BWC evidence in this case and corrects a minor typographical error in my original expert report.

4. My opinions are expressed to a reasonable, or higher, degree of professional certainty and/or probability.

5. I affirm under the penalties of perjury that the foregoing statements are true and correct.

6. My opinions from my original report have not changed.

_____  06-OCT-2025
Bryan Chiles                    Date

**FRCP 26(a)(2)(B)(iv) Witness's Qualifications[1]**

I am a test engineering professional with an Associates of Science (AS) degree in Electronics. I have invested over 25 years of my career in the testing and troubleshooting of electronic devices in a variety of industries, including test equipment calibration and repair, industrial power electronics, high power electrical distribution and conditioning, energy weapons, cameras, radio frequency (RF) devices, and network information technology equipment (ITE).

After spending 8 years in the calibration & repair and high-power electrical distribution and conditioning industries, I began my career at Axon Enterprise, Inc. (Axon), (then TASER International, Inc. (TASER)), in the summer of 2005 in the Research and Development (R&D) department as an electronics technician. Within 1 year, I began to develop TASER's validation department, designing test methods and managing the validation testing processes. This was a very unique position, as there were no generally accepted standards for validating energy weapons at the time. Using my testing expertise and working closely with the design engineers, I developed and executed the test plans and methods for TASER® energy weapons and Axon cameras. In the process of testing energy weapons and cameras, I became intimately familiar with their operation, behavior, and capabilities.

Beginning in 2013, I assumed increased responsibilities and began conducting investigation analysis of energy weapons and cameras involved in field use. Using my expertise in the TASER energy weapon and Axon camera's behavior and logging, I began to analyze specific incidents and generate analysis and expert reports, explaining energy weapon functionality and logging in reference to cases submitted to me.

I was promoted to TASER's Technical Compliance Manager in 2014, where I continued working in and managing the validation department and conducting investigation analysis, and also assumed responsibilities for product compliance to domestic and international technical standards and regulations (i.e., wireless and electromagnetic compatibility (EMC) regulatory compliance, product safety, etc.). In 2016, my position was re-named Product Compliance Manager (which was the same position as Technical Compliance Manager, but with a clarified title), however I relinquished my validation responsibilities to concentrate and focus solely on investigation analysis and product compliance.

In January 2020, I was promoted to Senior Investigations Engineer, where my sole focus is conducting forensic testing and analysis, expert services, and testimony, energy weapon/camera research testing, and advanced level customer service. In January 2022, I was promoted to the position I currently hold, Sr. Manager of Axon Forensics, and continue to conduct forensic analysis, expert services and testimony, Axon product research and

---

[1] See current Curriculum Vitae for further details and specifics. My curriculum vitae containing details of my relevant formal education, training, experience, publications authored, and a listing of any cases in which testimony (deposition and/or trial) as an expert has been taken is attached hereto and made an integral part hereof.

testing, as well as managing the Axon Forensics team and processes.

I have presented on energy weapon forensics at the AFTE (Association of Firearm and Tool Mark Examiners) Annual Training Conference (May 2017 in Denver CO) as well as presenting on trial testimony at the Axon Accelerate certification conferences (June 2017 and 2018) and the TASER Master Instructor Schools in 2018 (Sanford, FL, Toronto ON, and Mesa AZ) and 2023 (Las Vegas, NV); as well as teaching the interpretation of X2 and X26P energy weapon Pulse Graphs at the TASER Master Instructor School (Sanford, FL 2018). I delivered four presentations at the Axon Accelerate 2018 conference June 5–7, 2018, including a deep dive into energy weapon Pulse Graphs, "Drop 'em, Soak 'em - How we test our energy weapons", "Understanding your energy weapon data", and "Testifying on Axon Video Evidence". I presented in Axon's Legal Track at TASERCON 2023 and Axon Week 2024 on the basics of energy weapons and the forensic evidence that can be analyzed. I presented in Axon's Legal Track at Axon Week 2025 on TASER energy weapon and body worn camera forensic evidence and how they can together impact a case. I also designed and have taught certification classes on the analysis of X2, X26P, TASER 7, and TASER 10 Pulse Graphs at Axon's Master Instructor Schools beginning in 2021 to the present day. 8. I have taught classes on TASER energy weapon and Body Worn Camera (BWC) forensic evidence analysis methods for several Force Investigation Division (FID), Serious Incident Response Teams (SIRT), Critical Incident Review Division (CIRD), Crime Scene Investigators (CSI), Independent Investigations Offices (IIO) and District Attorney's Office Investigators in the US and Canada, starting in 2024 to the present day.

I have personally deployed and discharged energy weapons, including the TASER M26, X26E, C2 (a.k.a.- Bolt), Shockwave, X3, XREP, X2, X26P, Pulse, TASER 7, TASER 10, and experimental (in development) energy weapons, hundreds to thousands of times, including deploying energy weapon cartridges thousands of times. I have downloaded TASER energy weapons and reviewed, analyzed, interpreted, and explained the data thousands of times. I have personally experienced the effects of the X26E, XREP, C2, X26P, and X2 energy weapons. I have personally operated, downloaded/uploaded, tested, and analyzed Axon BWCs and their recorded videos thousands of times. I have also provided expert testimony on Axon BWCs and TASER energy weapon technology in US federal, state, and foreign courts, as outlined in my attached Curriculum Vitae (CV). I am a current member of the USNC (United States National Committee) experts to the International Electrotechnical Commission (IEC), participating in a workgroup (TS85 WG22) reviewing and revising IEC 62792; an international standard on energy weapon output measurement methods.

**FRCP 26(a)(2)(B)(ii) additional case specific facts or data considered:**

- *HardinTASER_X26P_X1300A2HP_offline(1).pdf* – TASER X26P Event Log
- *Xerox Scan_10122022154307.pdf* - TASER X26P Event Log
- *07_08_2022_18_19_00_GARRETT_HARDIN.mp4* – BWC footage of Sgt. Hardin
- Sync History X1300A2HP.xlsx – TASER X26P clock sync history

**FRCP 26(a)(2)(B)(vi) Compensation for Study/Testimony in the Case:**

The expert compensation that is expected to be paid in this case to Axon is as follows:

1. **Initial Retainer** - $0
2. **Expert Report** - $5,000
3. **Expert Report Addendum** - $500
4. **Testimony, On-Site Visit/Research, Extraordinary Services** - $250 / hr

To date no invoice has been sent and no payment has been received for this report. No compensation is contingent upon the outcome of this case or the opinions expressed.


**ADDENDUM REPORT AND PROFESSIONAL OPINIONS OF BRYAN CHILES**
**Axon Enterprise, Inc. (Axon)**

**Purpose and Scope of Work:**

To assist in my analysis and publication of my Expert Report dated August 9, 2025, I created a visual aid to assist in clarification of the timeline of events that occurred on July 8, 2022 during the incident between Sergeant (Sgt.) Garrett Hardin and Mr. Roderick Brooks. The visual aid is a clip of Sgt. Hardin's original BWC recording with an additional timestamp overlay added to the bottom-right corner of the screen. This addendum to my report is provided to explain my methodology in creating the timestamped video, the methodology in determining the timestamp anchor point, and the accuracy of the timestamp display.

In addition, while writing this addendum, I became aware of a typographical error contained in my original report, so this addendum will also address this minor error.

**1. Timestamped Video Creation:**

Using Axon Investigate version 4.1.2, I loaded the original recording from Sgt. Hardin's BWC; *07_08_2022_18_19_00_GARRETT_HARDIN.mp4*. I then created a clip of the recording named *Brooks-Hardin_Incident_Timestamped.mp4* that begins 10 seconds prior to the initial deployment of the X26P energy weapon and ends 32 seconds after the discharge of Sgt. Hardin's firearm. The video clip is 1 minute and 11 seconds in duration. I added a timestamp overlay to the clip in the lower-right corner of the screen by selecting an anchor point and applying the date and time to that point. Axon Investigate then applied the running timestamp in the format of 'Mmm dd, yyyy hh:mm:ss.xxx' to all frames prior to and after the anchor point.

**2. Timestamp Anchor Point:**

I used the first point in the original video in which the exact time of the event is known; the first trigger activation of the X26P energy weapon, as the anchor point for the clip. This point

of the original video file is located at Frame 2744 and is the first frame after the deployment of the X26P energy weapon, evident by the sound of the cartridge deployment and the appearance of the top probe on Mr. Brooks' clothing. Subsequent frames reinforce this, as the wires appear on the front of the cartridge and the probe becomes more visible on Mr. Brooks' clothing. I then applied the date and time of the trigger activation (Sequence 638), compensated for clock drift as described in my Expert Report on Page 16, to the anchor point as "Jul 8, 2022 18:20:39.000". The Axon Investigate software then uses the known frame rate of the MP4 video file and applies the timestamp backward from the anchor point to the beginning of the video and forward from the anchor point to the end of the video file.

Because the X26P energy weapon's time is truncated to the nearest second, the clock synchronization to the NTP server holds an accuracy of ± 1 second; and this accuracy applies to the timestamps overlayed in the timestamped video file.

### 3. Typographical Error

Page 4 of my original Expert Report, under the subsection "FRCP 26(a)(2)(B)(vi) Compensation for Study/Testimony in the Case" shows the fee for testimony, on-site visit/research, and extraordinary services (point #3) as $300 per hour. This was a typographical error and the rate agreed to in my retainer is $250 per hour. The amount of compensation calculated for my report (point #2) was correctly based on $250 per hour so no correction is necessary to any amount except the amount shown on point #3.

### 4. Opinions

All of the opinions presented in my original Expert Report remain unchanged.

### 5. General Comments:

**Report Focus** – This addendum to my report is focused solely on the incident captioned and related concerns and/or issues.

**This Case Specific Limitation** – Any actions, statements, writings, this report, information, any testimony, etc. are specifically limited to this case.

**Expert Capacity** – This addendum to my report and any subsequent reports, testimony, opinions, etc. are within my capacity as a Sr. Manager of Axon Forensics for Axon Enterprise, Inc. (Axon), a Delaware corporation, with its principal place of business in Scottsdale, Arizona.

**Right to Amend** – The opinions in this addendum are living opinions. That is, should additional discovery material be received, and/or additional research be completed, and then reviewed, these opinions may be altered and/or reinforced depending upon what information is obtained, reviewed, considered, and/or studied.

**Further Development** – The opinions expressed in this addendum are not necessarily final in nature. Rather, they are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition, and/or trial testimony.

**Specific References** – Some of the opinions in this addendum may list specific references to some of the documents reviewed and/or considered or specific references. These listings are not intended to be all inclusive. I specifically reserve the right to supplement the support for each of the opinions in this report.

**Newly Identified Issues** – If new issues are opined, identified, and/or developed subsequent to submission of this addendum, I reserve the right to supplement this addendum.

**Degree of Certainty** – All opinions stated in this addendum are in direct regard to the case captioned, and the underlying incident or events leading to this case, and are expressed to a reasonable, or higher, degree of professional certainty and/or probability.

**Credibility Determinations** – Credibility determinations are solely and exclusively within the province of the trier of fact.

This addendum to my report is based on information that is known to me at the present time. I may therefore be apprised of additional information which may cause revision or supplementation of this report, and I expressly reserve the right to do so. In addition, I reserve the right to revise and supplement this report based upon information that may hereafter be provided to me, or which becomes available to me through continued investigation research or study.

I reserve the right to revise and supplement this addendum to my report in order to clarify, add, or complete questions or statements at deposition, or at the request of counsel for clarification, organization or completeness of any matters pertaining to this investigation or report.

The opinions provided in this case were developed based upon my education, training, experience, and specialized knowledge.

## 6. Prior Expert Testimony

I have testified as an expert at trial or by deposition within the last four years in the following cases:

*R. vs. Lindsay,* Court of Queen's Bench of Alberta, Case No. 170015663Q1.
- Hearing Testimony on July 5, 2021 in Calgary, Alberta, Canada (via video stream from Scottsdale AZ)

*Grand Jury Hearing, State of Texas vs. Juan Ramos*, 337th Judicial District Court of Harris County, Texas.
- Hearing Testimony on July 12, 2021 in Houston Texas (via video stream from Scottsdale AZ)

*Edward O'Brien vs. Stephen Murphy, et al*, United States District Court, Eastern District of Missouri, Southeastern Division, Case No 1:20-CV-00153-SEP.
- Deposition Testimony on October 22, 2021 in St. Louis, MO (via video stream from Scottsdale, AZ).

*The State of Oklahoma vs. Joshua Taylor, et al*, District Court of Carter County, State of Oklahoma, Case No CF-2020-221 and CF-2020-222.
- Trial Testimony on November 4, 2021 in Ardmore, OK

*Ryan A. O'Neal vs. City of Phoenix, et al*, United States District Court for the District of Arizona, Case No CV-20-01732-PHX-SPL.
- Deposition Testimony on February 23, 2022 in Phoenix, AZ

*Kimberly Beck, et al, vs. The United States of America, et al*, United States District Court for the District of New Mexico, Case No 20-cv-1280-MV-SMV.
- Deposition Testimony on March 21, 2022 via video stream from Scottsdale, AZ

*Nunis, et al, vs. City of Chula Vista, et al*, United States District Court for the Southern District of California, Case No 21-cv-1627-AJB-DEB.
- 30 (b) (6) Deposition Testimony on May 6, 2022 from Phoenix, AZ

*Underwood, et al, vs. Axon Enterprise, et al*, United States District Court for the Middle District of Georgia, Case No 7:21-cv-00040-WLS.
- Deposition Testimony on May 31, 2022 via video stream from Scottsdale, AZ

*State of Louisiana, vs. McCarter, Johnson, et al*, Caddo Parish First Judicial District Court, Docket Nos 378,599 & 378,600.
- Trial Testimony on June 14, 2022 via video stream from Scottsdale, AZ

*Axon Enterprise, vs. Luxury Home Buyers*, United States District Court for the District of Nevada, Case No 2:20-cv-01344-JAD-VCF.
- Deposition Testimony on October 4, 2022 via video stream from Scottsdale, AZ

*The People, vs. Juan Delacruz*, 183rd Judicial District Court, Harris County, Texas, Case No 169001.
- Trial Testimony on October 7, 2022 in Houston, TX

*Apollo vs. Forest Park, et al*, United States District Court for the Northern District of Illinois, Case No 1:18-cv-06475.
- Deposition Testimony on October 25, 2022 via video stream from Scottsdale, AZ

*People vs. Christopher Schurr*, 61st District Court of the State of Michigan, Case No 41 22 006265 99.
- Preliminary Hearing Testimony on October 27, 2022 in Grand Rapids Michigan, via video stream from Scottsdale, AZ

*Burke vs. Bartlesville, et al*, United States District Court for the Northern District of Oklahoma, Case No 20-cv-244-JED-SH.
- Deposition Testimony on October 28, 2022 via video stream from Scottsdale, AZ

*State of Florida vs. Sergio Perez*
- Deposition Testimony on February 9, 2023 via video stream from Scottsdale, AZ

*United States of America vs. Corey Posey,* United States District Court, Southern District of Indiana, Case No 1:20-CR-00094-TWP-TAB
- Trial Testimony on June 21, 2023 in Indianapolis, IN

*State of Florida vs. Othal Wallace,* Circuit Court, Seventh Judicial Circuit, in and for Volusia County, Florida, Case No 2021-303347-CFDB
- Deposition Testimony on August 28, 2023 via video stream from Scottsdale, AZ

*United States of America vs. Corey Posey,* United States District Court, Southern District of Indiana, Case No 1:20-CR-00094-TWP-TAB (re-trial)
- Trial Testimony on September 11, 2023 in Indianapolis, IN

*State of Florida vs. Othal Wallace,* Circuit Court, Seventh Judicial Circuit, in and for Volusia County, Florida, Case No 2021-303347-CFDB
- Trial Testimony on September 13, 2023 in Green Coves Springs, FL

*State of California vs. Mary Jean O'Connor,* Superior Court of Los Angeles County, California, Case No GA104900
- Trial Testimony on October 24, 2023 via video stream from Scottsdale, AZ

*Grand Jury Hearing, State of Texas vs. Garrett Hardin*, 183rd Judicial District Court, Harris County, Texas.
- Grand Jury Hearing Testimony on October 25, 2023 in Houston Texas

*Nunis, et al, vs. City of Chula Vista, et al*, United States District Court for the Southern District of California, Case No 21-cv-1627-AJB-DEB.
- Trial Testimony on April 19, 2024 in San Diego, CA

*The People of the State of New York vs Tyrese Haspil*, Supreme Court of New York
- Trial Testimony on May 29, 2024 in New York, NY

*Grand Jury Hearing, East Baton Rouge*, File#23-96962, Baton Rouge, Louisiana.
- Grand Jury Hearing Testimony on June 4, 2024 in Baton Rouge, Louisiana

*The State of Florida vs. David Crawford*, Circuit Court of the Ninth Judicial Circuit, in and for Orange County Florida, Case No 2023-MM-003655-A-O.
- Deposition Testimony on September 17, 2024 via video stream from Scottsdale, AZ

*Toledo vs. The City of Chicago*, Circuit Court of Cook County, Illinois, Case No 2022-L-002499.
- Deposition Testimony on September 25, 2024 via video stream from Scottsdale, AZ

*United States vs. Zuberi*, United States District Court, District of Oregon, Medford Division, Case No. 24-CR-00254.
- Trial Testimony on October 16, 2024 in Medford, OR.

*The State of Alabama vs. Blackstone*, 37th Circuit Court of Alabama, Case No. CC 2023 995.
- Trial Testimony on October 30, 2024 in Opelika, AL.

*State of Texas vs. Garrett Hardin*, 262nd Judicial District Court of Texas, Case No. 184158401010.
- Trial Testimony on October 31, 2024 in Houston Texas

*The State of Florida vs. David Crawford*, Circuit Court of the Ninth Judicial Circuit, in and for Orange County Florida, Case No. 2023-MM-003655-A-O.
- Trial Testimony on November 20, 2024 in Orlando, FL

*Inquest in the Death of Sali Byberi,* In the Essex Coroner's Service, Chelmsford, United Kingdom
- Inquest Expert Testimony on December 11, 2024 via Microsoft TEAMS from Scottsdale, AZ.

*Wilmouth Bray vs. Anthony McCollum,* Circuit Court of Pulaski County, Kentucky, Case No. 23:CI:501
- Deposition Testimony on December 16, 2024 via video stream from Scottsdale, AZ.

*The State of Florida vs. Christopher Rolle*, Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County Florida, Case No. F23019187.
- Trial Testimony on January 23, 2025 in Miami, FL

*United States vs. Saffell*, United States District Court, District of New Mexico, Case No. 24-CR-00062.
- Trial Testimony on February 12 and 13, 2025 in Las Cruces, NM.

*Gilmore vs. Cape Girardeau,* United States District Court, Eastern District of Missouri, Southeast Division, Case No. 1:22-CV-00022-AGF
- Deposition Testimony on March 12, 2025 via video stream from Scottsdale, AZ.

*Lulgjuraj vs. Huron-Clinton Metropolitan Authority,* United States District Court, Eastern District of Michigan, Southern Division, Case No. 2:23-cv-12931-SFC-DRG
- Deposition Testimony on March 19, 2025 via video stream from Scottsdale, AZ.

*State of Michigan vs. Christopher Paul Schurr,* Seventeenth Circuit Court in and for Kent County, Case No. *41 22 006265 99*
- Trial Testimony on April 29, 2025 in Grand Rapids, MI.

*Faison vs. Alameda County,* United States District Court, Northern District of California, , Case No. 3:24-cv-06059-JSC
- Deposition Testimony on October 3, 2025 via video stream from Scottsdale, AZ.