# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| Demetria Brooks, et al. | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:22−cv−03322 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Harris County Sheriffs Office, et al. | § | |
| Defendant. | § | |

## NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Monday, December 8, 2025, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002