IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEMETRIA BROOKS, *et al*, § | |
|     *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-3322 |
| § | JURY TRIAL DEMANDED |
| HARRIS COUNTY SHERIFF'S § | |
| OFFICE, *et al*, § | |
|     *Defendants*. § | |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Garrett Hardin, is manually filing with the District Clerk's office a Flash Drive containing the below listed items, which are to be filed and made part of the record to **Defendant Hardin's Motion for Summary Judgment** (Dkt. 72):

    **Exhibit 6**    Hardin Body Camera Video (Unsynchronized)

    **Exhibit 7**    Hardin Body Camera Video (Time-Synchronized).

    **Exhibit 8**    Frames of Time-Synchronized Video.

These Exhibits were not filed electronically because the items are not conducive to e-filing (i.e., audio/video recordings).

A copy of this flash drive has also been manually served on all counsel of record.

\* \* \* \* \*

Respectfully submitted,

VIADA & STRAYER

By: /s/ *RAMÓN G. VIADA III*
    Ramón G. Viada III
    State Bar No. 20559350
    17 Swallow Tail Court
    The Woodlands, Texas 77381
    (281) 419-6338
    rayviada@viadastrayer.com

ATTORNEY FOR DEFENDANT
GARRETT W. HARDIN,
IN HIS INDIVIDUAL CAPACITY

## CERTIFICATE OF SERVICE

    I certify that all counsel of record have been served a true and correct copy of the foregoing document in accordance with Tex. R. Civ. Proc. 21a by electronic submission for filing and service through the Texas Online EFiling for Courts on November 19, 2025.

    /s/ *RAMÓN G. VIADA III*
    Ramón G. Viada III