

# Nicholas G. Bloomfield

Training & Consulting Services

**CONTACT**  2024

📱 505.360.2713

✉ nsbloomfield@msn.com
   nick@progressivecombat.com

🏠 17 CR 6323
   Kirtland, NM 87417

## TRAINING SERVICES

**Organizational Courses**

- Communication Strategies for Professionals
- Professional Conduct in Policing
- Police Administrative Use of Force Review

**Operational Courses**

- Low-Light Tactics Course (Police/Military)
- Physical Conflict Resolution (Police/Military/Corrections)
- Police Patrol Tactics
- Armed Professionals Course (Pistol/Carbine)
- Undercover Agent Survival & Rescue Operations
- Active Shooter Response
- Close Quarters Battle (CQB) Operations (Police/Military)
- Ballistic Shield Operations (Police/Military/Corrections)

**Instructor Courses**

- Low-Light Tactics Instructor (Police/Military)
- Firearms Instructor (Pistol/Carbine/Shotgun)
- Active Shooter Response Instructor
- Physical Conflict Resolution Instructor (Police/Military/Corrections)
- In-Custody Resistance Instructor (Police/Corrections)

## CONSULTING SERVICES

- Police Use of Force Policy Development
- Police Use of Force Investigation & Review Unit Development
- Police Use of Force Expert Witness Service

# PROFESSIONAL EXPERIENCE

I have served as a peace officer for a little over 19 years from Dec. 2003 to Feb. 2023. During that time, I was employed with the San Juan County Sheriff's Office (Dec. 2003 – Sept. 2013), and with the Farmington Police Department (Sept. 2013 – Feb. 2023). Both agencies are located within San Juan County, New Mexico. San Juan County encompasses approximately 5,500 square miles with a population of 121,661 and a metropolitan- area population of approximately 44,372. The San Juan County Sheriff's Office 102 sworn deputies while the Farmington Police Department retains 138 sworn officers.

**San Juan County, New Mexico Sheriff's Office (December 2003 – September 2013)**

- Patrol Deputy (June 2004 to June 2008)
- Field Training Officer (June 2008 to February 2009)
- Region II Narcotics Task Force Agent (February 2009 to October 2011)
- Patrol Corporal (October 2011 to January 2012)
- Patrol Sergeant (January 2012 to September 2013)
- SWAT Team Member (June 2005 to October 2011)
- SWAT Team Leader (October 2011 to September 2013)

**Farmington, New Mexico Police Department (September 2013 – February 2023)**

- Patrolman (September 2013 to June 2014)
- Training and Recruiting Division Officer (June 2014 to May 2016)
- Training and Recruiting Division Corporal (May 2016 to May 2017)
- Patrol Sergeant (May 2017 to June 2018)
- Force Investigations Unit Sergeant (June 2018 to July 2020)
- Advanced Training Division Supervisor (July 2020 to July 2021)
- Research – Contagious Fire Phenomenon (July 2021 to June 2022)
- Patrol Sergeant (January 2022 to February 2023)
- SWAT Team Member (June 2014 to May 2015)
- SWAT Team Leader (May 2015 to June 2018)
- SWAT Team Leader (June 2020 to January 2022)
- SWAT Team Assistant Commander (January 2022 to February 2023)

**Bloomfield, New Mexico Police Department (July 2024 – Present)**

- Reserve Officer (July 2024 to Present)

During my law enforcement tenure, I have served in numerous capacities as an officer, tactical officer, narcotics agent, trainer, and supervisor. I have thousands of hours of experience and advanced training in a variety of disciplines related to my profession. I have been involved in numerous police actions during my career including hundreds of misdemeanor and felony investigations and arrests.

As a narcotics agent and SWAT officer, team leader, and commander, I have directly supervised, planned, and participated in hundreds of high-risk police actions including:

- High-Risk Surveillance Operations
- Fugitive Apprehension
- Undercover Controlled Narcotics & Weapons Purchases
- Buy-Bust Operations
- High-Risk Search Warrant Service

- High-Risk Arrest Warrant Service
- Armed Barricade Situations
- Hostage Situations
- Tactical Tracking Operations
- Mobile Takedowns & Assaults

**Police Instructor Certifications**

- NM DPS: General Instructor
- NM DPS: Master Firearms Instructor (Pistol, Rifle, Shotgun)
- NM DPS: Use of Force
- NM DPS: Defensive Tactics
- NMRLD: Security Level 1, 2, & 3
- Chemical & Impact Munitions

- Low-light Tactics
- Physical Conflict Resolution (PCR)
- Active Shooter Response
- Ballistic Shield Operations
- Professional Communication
- Reality Based Training

# POLICE USE OF FORCE

## POLICY DEVELOPMENT • INVESTIGATIONS • REVIEW

In 2016, I was tasked with the redrafting of the Farmington Police Department's use of force policy. The redraft consisted of extensive research into generally accepted police use of force precedent and practices. I became intimately familiar with generally accepted precedent stipulated by Federal and State Case Law, Department of Justice Consent Decree guidance, and expert body (International Association of the Chiefs of Police – IACP, Police Executive Research Forum –PERF, etc.) recommendations. The policies I helped author are recognized by the Commission of Accreditation for Law Enforcement Agencies (CALEA), as an example of one of the most comprehensive use of force policies in the nation. As such, CALEA often refers other police organizations to the Farmington Police Department for guidance in regard to use of force policy development.

- FPD Policy 101-04: Use of Force – General
- FPD Police 101-04A: Use of Force – Empty Hands
- FPD Policy 101-04B: Use of Force – Oleoresin Capsicum 'OC' Spray
- FPD Policy 101-04C: Use of Force – Baton
- FPD Policy 101-04D: Use of Force – Electronic Control Weapon 'ECW'

- FPD Policy 101-04F: Use of Force – Bean Bag Shotgun
- FPD Policy 101-04G: Use of Force – Pepperball Launcher
- FPD Policy 101-05: Use of Force – Firearms

In 2018, I was tasked with the organization of a Force Investigations Unit within the Farmington Police Department. I was instrumental in the development of the organizational use of force investigation and review processes. This process required a redrafting of the organizational reporting and investigating force policy, and the creation of on-scene force investigation practices, reporting practices, and review practices.

- FPD Policy 101-14: Use of Force – Reporting and Investigating
- Supervisor On-Scene Investigation Processes & Form
- Use of Force Reporting Officer Processes & Form
- Use of Force Witness Officer Processes & Form
- Force Investigation Unit: Review Processes & Form

During my tenure in force investigations, I conducted over 200 use of force reviews, ranging from low-level force applications to deadly force applications. I independently determined a variety of administrative findings including collateral issues, training issues, and policy findings.

Based upon my knowledge, experience, and expertise regarding police use of force, I have been independently hired to conduct use of force reviews for other police organizations. My reviews provided findings of what I determined to be both reasonable and unreasonable actions of the involved officers, when evaluated against the respective organization's policies, and generally relied upon my findings to make administrative decisions regarding their organizational training, and review processes. In every case, the agencies which hired me to review their use of force incidents have subsequently hired me to conduct training for their administrative and supervisory personnel in the area of administrative force reviews and investigations.

# EXPERT WITNESS EXPERIENCE

**Aug. 2020 – Farmington, NM Police Department (Murphy, et al v. City of Farmington, et al)**

- Retained as a 30(b)(6) organizational expert witness in the use of force policy and practices of the Farmington Police Department.
- Retained based upon my expertise as an FPD police use of force administrative reviewer, use of force policy developer, use of force curriculum developer, and as a use of force trainer & practitioner.
- Testified in deposition.

**Dec. 2021 - Durango, CO Police Department: Administrative Use of Force Review**

- Retained as an expert witness to conduct a use of force review for the Durango, CO Police Department.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.

- Provided a final opinion.

**Feb. 2022 – Archuleta County, CO Sheriff's Office: Administrative Use of Force Review**

- Retained as an expert witness to conduct a use of force review for the Archuleta County, CO Sheriff's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a final opinion.

**May 2022 – Kent County, MI Prosecutor's Office (State v. Christopher Schurr)**

- Retained as an expert witness along with my colleague, Professor Seth Stoughton, by the Kent County Prosecutor's Office in Kent County, Michigan.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion, and final opinion. Anticipated court testimony 2024.

**Aug. 2020 – Farmington, NM Police Department (Anchondo v. City of Farmington, et al.)**

- Retained as a 30(b)(6) organizational expert witness in the use of force policy and practices of the Farmington Police Department.
- Retained based upon my expertise as an FPD police use of force administrative reviewer, use of force policy developer, use of force curriculum development, and as a use of force trainer & practitioner.
- Anticipated deposition.

**Jul. 2022 – City of Fredericksburg, VA Commonwealth Attorney (State v. Turbyfill)**

- Retained as an expert witness by the City of Fredericksburg, VA Commonwealth Attorney's.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner; specifically, my expertise in police patrol tactics, and police low-light training & tactics.
- Provided a preliminary opinion, and final opinion. **Provided court testimony (4th Circuit, Virginia)**.

**Jul. 2022 – WilmerHale (Marvin Henry v. Town of Needham, MA et al.)**

- Retained as an expert witness by the WilmerHale Law Firm.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion.

**Oct. 2022 – Jacob Litigation (April M. Pipkins v. City of Hoover, AL, et al.)**

- Retained as an expert witness by Jacob Litigation.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner;

specifically, my expertise in police active-shooter response tactics.
- Provided a preliminary opinion. Anticipated final opinion.

**Oct. 2022 – Michigan Attorney General's Office (State v. Mistretta)**

- Retained as an expert witness by the Michigan Attorney General's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion and final opinion. **Provided court testimony (6th Circuit, Michigan)**.

**Nov. 2022 – Michigan Attorney General's Office (State v. Viviano)**

- Retained as an expert witness by the Michigan Attorney General's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion. **Provided court testimony (6th Circuit, Michigan)**.

**Nov. 2022 – Office of the Fulton County, GA District Attorney: Civil Rights Division (19-OIS-0002)**

- Retained as an expert witness by the Fulton County, GA District Attorney: Civil Rights Division.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner; specifically, my expertise in police specialized unit tactics (fugitive apprehension), and police CQB tactics.
- Provided a preliminary opinion and Grand Jury testimony. Anticipated court testimony.

**Jan. 2023 – James, McElroy & Diehl, P.A. (Ritchie Lee Harbison, Jr. v. Brian W. Sharpe, et. al.)**

- Retained as an expert witness by James, McElroy & Diehl, P.A.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion. Provided deposition testimony.

**Apr. 2023 – Jacob Litigation (Cappi S. Thompson v. Zachary J. Howry, et al.)**

- Retained as an expert witness by Jacob Litigation.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion.

**Jun. 2023 – Archuleta County, CO Sheriff's Office: Administrative Use of Force Review**

- Retained as an expert witness to conduct a use of force review for the Archuleta County, CO Sheriff's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.

- Provided a final opinion.

**Jul. 2023 – Pensacola, FL Office of the Public Defender (State v. Price-Williams)**

- Retained as an expert witness by the Pensacola, FL Public Defender's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, and police SWAT team operations and tactics.
- Anticipated opinion.

**Oct. 2023 – Lubbock, TX Regional Public Defender for Capital Cases (State of Texas v. Omar Soto-Chavira)**

- Retained as an expert witness by the Lubbock, TX Regional Public Defender for Capital Cases.
- Retained based upon my expertise in the areas of police use of force, use of force review, and police SWAT team operations and tactics.
- Provided a final opinion. Anticipated court testimony.

**Oct. 2023 – Harris County, TX District Attorney's Office (State of Texas v. Garrett Hardin)**

- Retained as an expert witness by the Harris County, TX District Attorney's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a final opinion and Grand Jury testimony. Anticipated court testimony.

**Jan. 2024 – The Law Offices of Maloney and Campo (Jelambi v. City of Leon Valley)**

- Retained as an expert witness by the Law Office of Maloney and Campo.
- Retained based upon my expertise in the areas of police motor vehicle pursuits, police pursuit policy development and incident review.
- Provided a final opinion.

**Feb. 2024 – Harris County, TX District Attorney's Office (Rigoberto Saldivar)**

- Retained as an expert witness by the Harris County, TX District Attorney's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a final opinion. Anticipated court testimony.

**Mar. 2024 – Office of the Fulton County, GA District Attorney: Civil Rights Division (Hidalgo OIS)**

- Retained as an expert witness by the Fulton County, GA District Attorney: Civil Rights Division.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner; specifically, my expertise in police specialized unit tactics (fugitive apprehension), and police CQB tactics.
- Provided a pre-indictment opinion.

**May 2024 – Office of the Fulton County, GA District Attorney: Civil Rights Division (Strickland OIS)**

- Retained as an expert witness by the Fulton County, GA District Attorney: Civil Rights Division.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a pre-indictment opinion.

**May 2024 – New York Attorney General's Office (Case #OSI22-120)**

- Retained as an expert witness by the NY Attorney General's Office.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion. Anticipated court testimony.

**Jul. 2024 – Rathod | Mohamedbhai LLC (Estate of Brent Thompson, et al. v. Deputy Lorenzo Lujan)**

- Retained as an expert witness by Rathod | Mohamedbhai LLC.
- Retained based upon my expertise in the areas of police use of force, use of force review, use of force policy development, use of force curriculum development, and as a use of force trainer & practitioner.
- Provided a preliminary opinion. Anticipated court testimony.

# EXPERT OPINION CONTRIBUTIONS

- Howard Center of Investigative Journalism (Associated Press): Police Prone Restraint Practices
- The California Newsroom: Oakland Police Shooting - Incident Commentary
- The New York Times: Hamilton County SO Use of Force – Incident Commentary
- The Advocate: Baton Rouge Police Use of Force – Incident Commentary
- The Advocate: New Orleans Police Use of Force – Incident Commentary
- University of South Carolina: Excellence in Policing and Public Safety Program: 2023 Use of Force Review Summit
- Police Chief Magazine: Courageous Leadership Police Chiefs Drive Contagious Fire Study, Shaping a Learning Organization via Root Cause Analysis

# RESEARCH

During my tenure with the Farmington Police Department, I was tasked with conducting independent research regarding a phenomenon known as contagious fire. This research led me to coordinating with criminologists John DeCarlo (University of New Haven) & Eric Dlugolenski (Central Connecticut State University) to conduct research into the phenomenon, with the long-term goal of publishing findings and providing training recommendations to the industry.

# TRAINING & CONSULTING SERVICES

I am a partner in Progressive Combat Solutions LLC (www.progressivecombat.com), which provides training and consulting services within the security, law enforcement, corrections, and military professions. My partner (Kenneth J. Good) and I are regularly sought out in the profession for our expertise in the areas of low-light tactics, firearms, individual and team tactics, professional communication, active-shooter response, use of force, and defensive tactics. We are most well-known for our low-light, defensive tactics, ballistic shield, and force-on-force courses. Our low-light manual (Deployment of Illumination Tools: Law Enforcement Training Primer) is a staple within the industry, and our methods are relied upon by thousands of armed professionals both nationally and internationally. Our clientele have included local, state, and federal law enforcement agencies, domestic and international military units, state and local corrections departments, and private security firms.

**PCS Sample Clientele**



- Federal Law Enforcement Training Center FLETC: Firearms Division
- United States Air Force: Security Forces
- United States Air Force: Ravens
- Bureau of Reclamation: Grand Coulee Dam Security Forces
- Washington State Department of Corrections
- Andy Frain Security Services: Armed Division
- New Mexico Administrative Office of the Courts
- State of New Mexico 11th Judicial: Court Compliance Division
- Durango, Colorado Police Department
- Archuleta County, Colorado Sheriff's Office
- New Mexico Sheriff's Office Association
- Navajo Nation Police Department SWAT
- Tampa Bay, Florida Police Department
- New Mexico: Region II Narcotics Task Force
- Green Bay, Wisconsin Regional SWAT
- Phoenix, Arizona Police Department SWAT
- Singapore Special Tactics and Rescue (STAR)

# CURRICULUM DEVELOPMENT

During my career, and through my training and consulting services, I have developed numerous curriculums relative to police tactics, firearms, defensive tactics, professional communication, the use of force, and deadly force decision making. Some of the more notable curriculums regarding the use of force relative to current industry precedent have included the following:

**In-Custody Resistance Program**
In response to the operational need for a method of control of subjects in police custody, I developed and implemented a defensive tactics curriculum designed to address control issues during the passive and active resistance of subjects who were in handcuffs. This initiative led to a nearly 30% decrease in department (Farmington Police Department) wide force applications, due largely to the fact that the curriculum focuses on subject monitoring and less on the suspension of

**Face-Down Stabilization Program**
In response to the increased scrutiny surrounding subject control while in face-down stabilization, I developed a curriculum designed to increase subject control while minimizing the likelihood of the inhibition of subject respiration. The foundation of the curriculum is based on the legal and industry precedent regarding the handling of subjects while in the prone position. The program provides control measures which are designed to minimize the amount of time subjects are in a prone position, by maintaining the subject in a recovery position. The methods maximize subject control while facilitating the monitoring of the subject for signs of medical distress.

**Coordinated Response to Active Killing Incidents**
In response to the dramatic increase of active killing incidents within American society, I developed a comprehensive curriculum designed to increase the preservation of life by coordinating comprehensive security and rescue efforts. Most active shooter trainings focus on contact actions and fail to address security, containment. The Coordinated Response to Active Killing Incidents protocols designates roles for contact teams, security teams, and rescue teams to allow for immediate threats to be located, eliminated, and/or contained followed by immediate security of the location, and immediate rescue of victims, even in circumstances where designated "hot zones" exist within the space

## PATENTS

I am the inventor of a proprietary trigger and safety system (pressure-break.com) designed specifically to enhance the safety and shooting performance of law enforcement and military personnel (US Patent 9,696,104 and US Patent 11,187,482).

## EDUCATION

**Arizona State University • Tempe, AZ**
BA Philosophy (Morality, Politics, and Law)
Diploma: Aug. 2023
GPA: 4.00

**ASU Sandra Day O'Conn**
Masters of Employment and Human Resources Law
Estimated Diploma: May 2025
GPA: 4.00

# COURSES INSTRUCTED (Summer 2013 – Present)

**New Mexico Sheriff Office Association – Aug. 2013**
 (4-hour) Advanced Pistol Operations, (4-hour) Advanced Patrol Rifle Operations, (4-hour) Active Shooter Response
**San Juan County, NM Alternative Sentencing Division – Sept. 18th, 2013**
 Professional Conduct & Communication, Office & Field Safety Practices
**United States Air Force Security Forces & Ravens (Scott Air Force Base) - April 7th-11th, 2014**
 Physical Conflict Resolution (Military Combatives), Force-on-Force Individual and Team Tactics, Close Quarters Battle (CQB), Individual Live Fire Skill Development (Pistol & Carbine)
**San Juan County, NM Alternative Sentencing Division – Apr. 24th, 2014**
 Professional Conduct & Communication, Office & Field Safety Practices
**New Mexico Administrative Office of the Courts – Jun. 19th, 2014**
 Active Shooter Self-Preservation
**New Mexico Administrative Office of the Courts – Sept. 18th, 2014**
 Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – Nov. 24th, 2014**
 Patrol Rifle Refresher (10-hour)
**Farmington, NM Police Department – Nov. 25th, 2014**
 Patrol Rifle Refresher (10 hour)
**Farmington, NM Police Department – Dec. 1st, 2014**
 Patrol Rifle Refresher (10-hour)
**Farmington, NM Police Department – Dec. 3rd, 2014**
 Patrol Rifle Refresher (10-hour)
**Farmington, NM Police Department – Jan. 7th, 2015**
 Patrol Rifle Refresher (10-hour)
**Farmington, NM Police Department – Jan. 15th, 2015**
 Patrol Rifle Refresher (10-hour)
**Farmington, NM Police Department – Apr. 8th, 2015**
 Use of Force Update (Case Law & Policy)
**United States Air Force Security Forces & Ravens (McGuire Air Force Base) – Apr. 13th-17th, 2015**
 Physical Conflict Resolution (Military Combatives), Force-on-Force Individual and Team Tactics, Close Quarters Battle (CQB), Individual Live Fire Skill Development (Pistol & Carbine)
**Farmington, NM Police Department – Apr. 22nd, 2015**
 Patrol Shotgun Refresher (4-hour x 2)
**San Juan County, NM Alternative Sentencing Division – Apr. 23rd, 2015**
 Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – Apr. 29th, 2015**
 Patrol Shotgun Refresher (4-hour x 2)
**Farmington, NM Police Department – Jun. 10th, 2015**
 Defensive Tactics (In-Custody Resistance) (4-hour x 2)
**Farmington, NM Police Department – Jun. 19th, 2015**
 Defensive Tactics (In-Custody Resistance) (4-hour x 2)
**Farmington, NM Police Department – Aug. 19th, 2015**
 Patrol Shotgun Refresher (4-hour x 2)
**San Juan County, NM Alternative Sentencing Division – Sept. 24th, 2015**
 Professional Conduct & Communication, Office & Field Safety Practices

**Farmington, NM Police Department – Nov. 9th-13th, 2015**
    (40-hour) Physical Conflict Resolution Instructor Course
**Farmington, NM Police Department – Nov. 18th, 2015**
    Defensive Tactics (Weapon Retention) (4-hour x 2)
**San Juan County, NM Alternative Sentencing Division – Apr. 28th, 2016**
    Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – May 2nd-5th, 2016**
    (40-hour) Low-Light Tactics Course, Low-Light CQB, Low-Light Force-on-Force Individual and Team Tactics, Individual Live Fire Skill Development (Pistol & Carbine)
**Federal Law Enforcement Training Center FLETC – Tactical Firearms Branch – Aug. 2016**
    Advanced Pistol Training Program (Program Development Consultant), Individual Live Fire Skill Development (Pistol), Force-on-Force Individual and Team Tactics
**Farmington, NM Police Department – Aug. 23rd, 2016**
    Pistol Refresher (4-hour)
**Farmington, NM Police Department – Aug. 23rd, 2016**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Aug. 24th, 2016**
    Defensive Tactics Annual Update (10-hour)
**Farmington, NM Police Department – Sept. 7th, 2016**
    Defensive Tactics Annual Update (10-hour)
**Farmington, NM Police Department – Sept. 8th, 2016**
    Pistol Refresher (4-hour)
**Farmington, NM Police Department – Sept. 8th, 2016**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Sept. 12th, 2016**
    Patrol Shotgun Refresher (4-hour x 2)
**San Juan County, NM Alternative Sentencing Division – Sept. 15th, 2016**
    Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – Sept. 16th, 2016**
    Pistol Refresher (4-hour)
**Farmington, NM Police Department – Sept. 16th, 2016**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Sept. 28th, 2016**
    Defensive Tactics Annual Update (10-hour)
**Farmington, NM Police Department – Oct. 3rd, 2016**
    Patrol Shotgun Refresher (4-hour x 2)
**Farmington, NM Police Department – Oct. 26th, 2016**
    Defensive Tactics Annual Update (10-hour)
**Farmington, NM Police Department – Nov. 11th, 2016**
    Defensive Tactics Annual Update (10-hour)
**Farmington, NM Police Department – Dec. 14th, 2016**
    Pistol Refresher (4-hour x 2)
**Farmington, NM Police Department – Dec. 15th, 2016**
    Defensive Tactics Annual Update (10-hour)
**San Juan County, NM Alternative Sentencing Division – Sept. 27th, 2017**
    Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – May 9th, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – May 10th, 2017**
    Patrol Shotgun Refresher (4-hour)

**Farmington, NM Police Department – May 10th, 2017**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – May 30th, 2017**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Jun. 1st, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – Jun. 20th, 2017**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Jun. 27th, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – Jun. 27th, 2017**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Jun. 29th, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – Jun. 29th, 2017**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Jul. 12th, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – July 12th, 2017**
    Patrol Rifle Refresher (4-hour)
**Washington State Department of Corrections – Jul. 24th-28th, 2017**
    (40-hour) Physical Conflict Resolution Instructor Course (Corrections)
**Farmington, NM Police Department SWAT – Aug. 7th-10th, 2017**
    (40-hour) SWAT Ballistic Shield Operator Course, CQB, Force-on-Force Individual and Team Tactics, Individual Live Fire Skill Development (Pistol & Carbine)
**Farmington, NM Police Department – Aug. 16th, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – Aug. 16th, 2017**
    Patrol Rifle Refresher (4-hour)
**United States Bureau of Reclamation – Grand Coulee Dam Security Forces – Aug. 28th- Sept. 1st, 2017**
    (40-hour) Low-light Tactics, Physical Conflict Resolution, Force-on-Force Individual and Team Tactics, Close Quarters Battle CQB.
**Farmington, NM Police Department – Sept. 27th, 2017**
    Defensive Tactics: Methods for overcoming Passive and Active Resistance (4-hour)
**Farmington, NM Police Department – Sept. 27th, 2017**
    Defensive Tactics: Methods for overcoming Active Aggression (4-hour)
**San Juan County, NM Alternative Sentencing Division – Sept. 28th, 2017**
    Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – Oct. 11th, 2017**
    Defensive Tactics: Methods for overcoming Passive and Active Resistance (4-hour)
**Farmington, NM Police Department – Oct. 11th, 2017**
    Defensive Tactics: Methods for overcoming Active Aggression (4-hour)
**Farmington, NM Police Department – Oct. 23rd, 2017**
    Principles of Gunfighting (Force on Force) (4-hour)
**Farmington, NM Police Department – Oct. 24th, 2017**
    Principles of Gunfighting (Force on Force) (4-hour)
**Farmington, NM Police Department – Oct. 25th, 2017**
    Principles of Gunfighting (Force on Force) (4-hour)
**Farmington, NM Police Department – Oct. 25th, 2017**
    Defensive Tactics: Methods for overcoming Passive and Active Resistance (4-hour)

**Farmington, NM Police Department – Oct. 26th, 2017**
    Principles of Gunfighting (Force on Force) (4-hour)
**Farmington, NM Police Department – Oct. 27th, 2017**
    Principles of Gunfighting (Force on Force) (4-hour)
**Farmington, NM Police Department – Nov. 8th, 2017**
    Defensive Tactics: Methods for overcoming Passive and Active Resistance (4-hour)
**Farmington, NM Police Department – Nov. 8th, 2017**
    Defensive Tactics: Methods for overcoming Active Aggression (4-hour)
**Farmington, NM Police Department – Nov. 22nd, 2017**
    Defensive Tactics: Methods for overcoming Passive and Active Resistance (4-hour)
**Farmington, NM Police Department – Nov. 22nd, 2017**
    Defensive Tactics: Methods for overcoming Active Aggression (4-hour)
**Farmington, NM Police Department – Nov. 28th, 2017**
    Patrol Shotgun Refresher (4-hour)
**Farmington, NM Police Department – Nov. 28th, 2017**
    Patrol Rifle Refresher (4-hour)
**Farmington, NM Police Department – Dec. 6th, 2017**
    Defensive Tactics: Methods for overcoming Active Aggression (4-hour)
**Farmington, NM Police Department – Dec. 20th, 2017**
    Defensive Tactics: Methods for overcoming Passive and Active Resistance (4-hour)
**Farmington, NM Police Department – Dec. 20th, 2017**
    Defensive Tactics: Methods for overcoming Active Aggression (4-hour)
**Farmington, NM Police Department SWAT – Jan. 7th- 10th, 2018**
    (SWAT 40-hour) Ballistic Breaching, Flash Sound Diversionary Device, Break & Rake, SWAT Legal Update & Considerations, Limited-Penetration CQB, Hostage Rescue CQB, Vehicle Assaults
**Farmington, NM Police Department – Feb. 21st, 2018**
    Active Shooter Response
**Farmington, NM Police Department – Mar. 7th, 2018**
    Active Shooter Response
**Farmington, NM Police Department – Mar. 21st, 2018**
    Active Shooter Response
**San Juan County, NM Alternative Sentencing Division – Apr. 26th, 2018**
    Professional Conduct & Communication, Office & Field Safety Practices
**San Juan County, NM Criminal Justice Training Authority – Fall 2018**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2018**
    Verbal Judo/Tactical Communication (20-hour)
**San Juan County, NM Alternative Sentencing Division – Sept. 27th, 2018**
    Professional Conduct & Communication, Office & Field Safety Practices
**San Juan County, NM Criminal Justice Training Authority – Spring 2019**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Spring 2019**
    Active Shooter Response (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Spring 2019**
    Verbal Judo/Tactical Communication (20-hour)
**Farmington, NM Police Department – Jun. 19th, 2019**
    Defensive Tactics: In-Custody Resistance (4-hour)
**Farmington, NM Police Department – Jun. 26th, 2019**
    Defensive Tactics: In-Custody Resistance (4-hour)

**Farmington, NM Police Department – Jul. 1st, 2019**
    Defensive Tactics: In-Custody Resistance (4-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2019**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2019**
    Active Shooter Response (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2019**
    Verbal Judo/Tactical Communication (20-hour)
**New Mexico Administrative Office of the Courts – Sept. 13th, 2019**
    Professional Conduct & Communication, Office & Field Safety Practices
**San Juan County, NM Criminal Justice Training Authority – Oct., 2019**
    Basic Police Academy Firearms Block (Lead Instructor) (80-hour)
**Farmington, NM Police Department – Oct. 12th, 2019**
    Firearms Instructor Update (10-hour)
**Farmington, NM Police Department – Nov. 5th, 2019**
    First Line Supervisor Use of Force Investigations and Administrative Review Process
**Andy Frain Security Services (Houston, TX) – Nov. 12th-15th, 2019**
    (40-hour) Firearms Instructor Certification, Professional Conduct & Communication, Physical Conflict Resolution, Handcuffing, OC Spray, Baton
**Farmington, NM Police Department – Jan. 15th, 2020**
    Defensive Tactics: In-Custody Resistance (4-hour)
**San Juan County, NM Criminal Justice Training Authority – Spring 2020**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Spring 2020**
    Active Shooter Response (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Spring 2020**
    Verbal Judo/Tactical Communication (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Mar. 9th-14th, 2020**
    (60-hour) Firearms Instructor Course
**San Juan County, NM - Region II Narcotics Task Force – May, 2020**
    Undercover Officer Survival and Rescue Operations (10-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2020**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2020**
    Active Shooter Response (20-hour)
**San Juan County, NM Alternative Sentencing Division – Sept. 22nd, 2020**
    Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – Sept. 24th, 2020**
    Professional Conduct & Communication (2-hour x 4)
**Farmington, NM Police Department – Sept. 25th, 2020**
    Professional Conduct & Communication (2-hour x 2)
**San Juan County, NM Criminal Justice Training Authority – Sept. 28th-Oct. 9th, 2020**
    Basic Police Academy Firearms Block (Lead Instructor) (80 hour)
**Farmington, NM Police Department SWAT – Nov. 3rd-6th, 2020**
    (SWAT 40-hour) Ballistic Breaching, SWAT Legal Update & Considerations, Limited-Penetration CQB, Hostage Rescue CQB, Vehicle Assaults
**San Juan County, NM - Region II Narcotics Task Force - 2021**
    Undercover Officer Survival and Rescue Operations (10-hour)
**Farmington, NM Police Department – Jan. 5th, 2021**
    New Mexico Search and Seizure Case Law & Fundamentals (2-hour x 4)

**Farmington, NM Police Department – Jan. 7th, 2021**
    New Mexico Search and Seizure Case Law & Fundamentals (2-hour x 4)
**Farmington, NM Police Department – Jan. 27th, 2021**
    New Mexico Search and Seizure Case Law & Fundamentals (2-hour x 4)
**San Juan County, NM Criminal Justice Training Authority – Spring 2021**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Spring 2021**
    Active Shooter Response (20-hour)
**Farmington, NM Police Department – May 4th, 2021**
    Professional Conduct & Communication Strategies
**Farmington, NM Police Department – May 6th, 2021**
    Professional Conduct & Communication Strategies
**Durango, CO Police Department – Aug. 9th, 2021**
    Use of Force Administrative Review Process
**San Juan County, NM Criminal Justice Training Authority – Aug. 16th-27th, 2021**
    Basic Police Academy Firearms Block (Lead Instructor) (80-hour)
**Navajo Nation Police Department – Aug. 30th-31st, 2021**
    Patrol Officer Survival & Tactics (Live Fire, Force-on-Force) (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2021**
    Basic Police Academy Use of Force (20-hour)
**San Juan County, NM Criminal Justice Training Authority – Fall 2021**
    Active Shooter Response (20-hour)
**San Juan County, NM Alternative Sentencing Division – Sept. 16th, 2021**
    Professional Conduct & Communication, Office & Field Safety Practices
**Farmington, NM Police Department – Sept. 21st, 2021**
    Face-Down Stabilization Methods, Concerns & Case Law (Online Module)
**New Mexico Administrative Office of the Courts – Sept. 28th- 29th, 2021**
    Professional Conduct & Communication, Office & Field Safety Practices
**Andy Frain Security Services - Nov. 8th-11th, 2021**
    (40-hour) Firearms Instructor Certification, Professional Conduct & Communication, Physical Conflict Resolution, Handcuffing, OC Spray, Baton
**New Mexico 11th Judicial District Court – Feb. 11th, 2022**
    Professional Conduct & Communication, Office & Field Safety Practices
**City of Farmington Fire Department – Feb. 22nd, 2022**
    First Amendment Auditor Considerations, Professional Conduct & Communication
**San Juan County, NM - Region II Narcotics Task Force – Apr. 6th, 2022**
    Undercover Officer Survival and Rescue Operations 2021 (5-hour)
**San Juan County Alternative Sentencing Division – Detention Staff – Apr. 14th, 2022**
    Defensive Tactics (Corrections), Professional Conduct & Communication
**City of Farmington Parks & Recreation Department – Apr. 28th, 2022**
    First Amendment Auditor Considerations, Professional Conduct & Communication
**Andy Frain Security Services (Houston, TX) – May 2nd-6th, 2022**
    (40-hour) Firearms Instructor Certification, Professional Conduct & Communication, Physical Conflict Resolution
**Archuleta County, CO Sheriff Office – May 10th, 2022**
    Use of Force Administrative Review Process
**Archuleta County, CO Sheriff Office – May 11th, 2022**
    Use of Force (Professional Practices)
**Brown County, WI Sheriff Office SWAT – Jun. 20th-24th, 2022**
    (SWAT 40-hour) Low-light Tactics, Physical Conflict Resolution, Force-on-Force Individual and Team

    Tactics, Close Quarters Battle CQB
**Farmington, NM Police Department SWAT – Jul. 11th-14th, 2022**
    (SWAT 40-hour) Ballistic Shield, Ballistic Breaching, SWAT Legal Update & Considerations, Limited-Penetration CQB, Hostage Rescue CQB, Vehicle Assaults
**San Juan County, NM Criminal Justice Training Authority – Aug. 22nd - Sept. 2nd, 2022**
    Basic Police Academy Firearms Block (Lead Instructor) (80 hour)
**San Juan County, NM Criminal Justice Training Authority – Sept. 6th - Sept. 9th, 2022**
    Rifle Instructor Course (Lead Instructor) (40 hour)
**San Juan County, NM Criminal Justice Training Authority – Sept. 12th - Sept. 15th, 2022**
    Shotgun Instructor Course (Lead Instructor) (40 hour)
**New Mexico Administrative Office of the Courts – Sept. 23rd, 2022**
    Professional Conduct & Communication, Office & Field Safety Practices
**Andy Frain Security Services (Houston, TX) - Nov. 8th-11th, 2021**
    (40-hour) Firearms Instructor Certification, Professional Conduct & Communication, Physical Conflict Resolution, Handcuffing, OC Spray, Baton
**La Plata County, CO Sheriff's Office – June 5th – 9th, 2023**
    Pistol- Craft Instructor Course (40-hour)
**Archuleta County, CO Sheriff's Office – Jul. 02th – 14th, 2023**
    In-Custody Resistance Instructor Course
**Navajo Nation Police Department SWAT – Jul. 24th – 28th, 2023**
    (SWAT 40-hour) Low-light Tactics, Physical Conflict Resolution, Force-on-Force Individual and Team Tactics, Close Quarters Battle CQB
**New Mexico Administrative Office of the Courts – Sept. 22nd, 2023**
    Professional Conduct & Communication, Office & Field Safety Practices
**Andy Frain Security Services (Houston, TX) – Jan. 1st – 7th, 2024**
    (40-hour) Firearms Instructor Certification, Professional Conduct & Communication, Physical Conflict Resolution, Handcuffing, OC Spray, Baton
**Central Consolidated School District – Jan. 26th, 2024**
    Professional Conduct & Communication, Education Environment Safety Practices
**Andy Frain Security Services (Houston, TX) – Mar. 11th – 13th, 2024**
    (40-hour) Firearms Instructor Certification, Professional Conduct & Communication, Physical Conflict Resolution, Handcuffing, OC Spray, Baton
**Central Consolidated School District – Mar. 18th, 2024**
    Professional Conduct & Communication, Education Environment Safety Practices
**San Juan County Alternative Sentencing Division – Apr. 25th, 2024**
    Professional Conduct & Communication, Office & Field Safety Practices

In addition to the above, during my tenure as a SWAT Team Leader, I have personally instructed over 100 (10-hour) training sessions (two sessions a month for 2017, 2019, 2020, & 2021) related to SWAT Team capabilities regarding Armed Barricaded Subjects, High Risk Search Warrant Service, High Risk Arrest Warrant Service, Emergency Hostage Rescue, Active Shooter Response, and Vehicle Assaults.